The People of the State of New York, Respondent, *v.*
Artie Berger, Appellant.

Argued April 15, 1941; decided May 22, 1941.

*Theodore E. Wolcott* for appellant.

*Thomas E. Dewey, District Attorney (Burr F. Coleman* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ. Taking no part: Lehman, Ch. J.